**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-2101**

———————

KAREN AMAYA,

Plaintiff – Appellant,

v.

PRINCE GEORGE'S COUNTY, MARYLAND; PRINCE GEORGE'S COUNTY
POLICE DEPARTMENT,

Defendants – Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Alexander Williams, Jr., District
Judge. (8:08-cv-00443-AW)

———————

Submitted:  October 7, 2010        Decided:  February 22, 2011

———————

Before WILKINSON, MOTZ, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Karen Amaya, Appellant Pro Se.  Brennan Christopher McCarthy,
Associate County Attorney, Upper Marlboro, Maryland, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen Amaya seeks to appeal the district court's order granting Defendants' summary judgment motion on her discrimination and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2003 & Supp. 2010). The record does not contain a transcript of the summary judgment proceedings. An appellant has the burden of including in the record on appeal a transcript of all parts of the proceedings material to the issues raised on appeal. See Fed. R. App. P. 10(b); 4th Cir. R. 10(b). An appellant proceeding on appeal in forma pauperis is entitled to transcripts at government expense only in certain circumstances. 28 U.S.C. § 753(f) (2006). By failing to produce a transcript or to qualify for the production of a transcript at government expense, Amaya has waived review of the issues on appeal that depend upon the transcript to show error. See Powell v. Estelle, 959 F.2d 22, 26 (5th Cir. 1992); Keller v. Prince George's Cnty., 827 F.2d 952, 954 n.1 (4th Cir. 1987). As no error appears on the record before us, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2